# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA DARLENE WILSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.  1:14-cv-01392-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION<br><br>(ECF NO. 4)<br><br>TWENTY DAY DEADLINE |

　　　　Plaintiff Brenda Darlene Wilson filed a complaint on September 4, 2014.  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, based upon the stated income, Plaintiff's application does not contain sufficient information for the Court to determine if she is entitled to proceed in forma pauperis.  Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff's application to proceed in forma pauperis is DENIED without prejudice;

　　　　2.　　The Clerk of the Court is directed to forward an in forma pauperis application(Long Form) to Plaintiff;

1

      3.      Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) file an application to proceed in forma pauperis without prepayment of the fee; and

      4.      If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **September 5, 2014**

UNITED STATES MAGISTRATE JUDGE

2