# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA DARLENE WILSON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:14-cv-01392-AWI-SAB<br><br>ORDER SETTING EVIDENTIARY HEARING |

On March 5, 2015, the matter arising from Plaintiff's application to proceed in forma pauperis was referred to the undersigned magistrate judge. (ECF No. 15.) Specifically, the Court noted that Plaintiff filed successive applications to proceed in forma pauperis which contained inconsistent information.

As an example, Plaintiff's first in forma pauperis application identified household income which included $497.00 in food stamps. Plaintiff's second in forma pauperis application omitted any reference to food stamps in the "income" section, though it did mention $359.00 in food stamps in the "expenses" section. Plaintiff's third application identified $359.00 in food stamps.

Plaintiff's first in forma pauperis application identified a son, Breland, who was dependent upon Plaintiff for support. There was no reference to this son in the second application, but he did reappear in the third application.

Plaintiff's third in forma pauperis application also added several expenses that were not mentioned in the prior applications. Plaintiff's second application identified $1,180.50 in expenses whereas the third application identified $1,672.43 in total household expenses. It is unclear how Plaintiff's household spends $1,672.43 in monthly expenses against $1,359.00 in

1

monthly income.

Accordingly, the Court sets an evidentiary hearing to address two issues. First, Plaintiff shall address whether reconsideration of the Court's denial of her previous applications is warranted. Specifically, Plaintiff shall demonstrate "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon [her prior application] or what other grounds exist for the motion" and "why the facts or circumstances were not shown at the time of the prior [application]." See Local Rule 230(j). Second, Plaintiff shall testify as to her household's income and expenses, including but not limited to any sources of income from all three members of the household, whether it be from employment, gifts, or public assistance.

The Court will require Plaintiff to submit a written brief addressing the above issues on or before April 22, 2015. Depending upon the evidence submitted in support of the brief, the Court may vacate the evidentiary hearing or permit Plaintiff and her attorney to appear telephonically.

In accordance with the foregoing, it is HEREBY ORDERED that:

1. Plaintiff shall file a written brief addressing the issues identified herein on or before April 22, 2015; and

2. Plaintiff and her attorney shall appear at an evidentiary hearing on May 6, 2015 at 9:00 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **April 8, 2015**

UNITED STATES MAGISTRATE JUDGE