# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA DARLENE WILSON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:14-cv-01392-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE OPENING BRIEF<br><br>(ECF No. 28) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before February 15, 2016;

2. Defendant's responsive pleading shall be filed on or before March 18, 2016; and

3. Plaintiff's reply, if any, shall be filed on or before April 4, 2016.

IT IS SO ORDERED.

Dated:   **January 14, 2016**

UNITED STATES MAGISTRATE JUDGE