# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA DARLENE WILSON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:14-cv-01392-AWI-SAB<br><br>ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE<br><br>(ECF No. 32)_ |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's responsive pleading shall be filed on or before April 18, 2016; and
2. Plaintiff's reply, if any, shall be filed on or before May 6, 2016.

IT IS SO ORDERED.

Dated:   **March 7, 2016**

UNITED STATES MAGISTRATE JUDGE